IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 5:17CR _07_ |
| v. | § Judge _RWS/CMC_ |
| | § |
| MARIO DE SANTIAGO-ARIAS | § |

**INDICTMENT**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 9 2017

BY
DEPUTY_____

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 8 U.S.C. § 1326(a) & (b)(2)
(Illegal reentry following removal)

On or about February 28, 2017, in Titus County, in the Eastern District of Texas, the defendant **Mario De Santiago-Arias**, an alien, who had previously been arrested and removed from the United States to Mexico on May 2, 2014, and who had not received the consent of the Secretary of the Department of Homeland Security to re-apply for admission, was found to be knowingly and unlawfully in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

### Count Two

Violation: 18 U.S.C. § 2250(a)
(Failure to register as a sex offender)

From on or about May 2, 2014 and until on or about February 28, 2017, the exact dates being unknown to the United States Grand Jury, in the Eastern District of Texas and elsewhere, **Mario De Santiago-Arias**, defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce, and did knowingly and unlawfully fail to register and update his registration.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____      4/19/17
ALLEN H. HURST                                   Date
Assistant United States Attorney
Texas Bar Card No. 10313280
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Allen.hurst@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 5:17CR_____ |
| v. | § Judge _____ |
| | § |
| MARIO DE SANTIAGO-ARIAS | § |

## NOTICE OF PENALTY

### Count One

Violation:             8 U.S.C. § 1326(a) and (b)(2)

Penalty:               Imprisonment for not more than 20 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years.

Special Assessment:    $100.00

### Count Two

Violation:             18 U.S.C. § 2250(a)

Penalty:               Imprisonment for not more than ten (10) years; a fine not to exceed $250,000, or both; and a term of supervised release of not less than five (5) years to life.

Special Assessment:    $100.00

Indictment - Page 3 of 3